SEYFARTH SHAW LLP
Michael Kopp (SBN 206385)
mkopp@seyfarth.com
Sophia Kwan (SBN 257666)
skwan@seyfarth.com
Phillip J. Ebsworth (SBN 311026)
pebsworth@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:     (916) 558-4839

SEYFARTH SHAW LLP
Alfred L. Sanderson, Jr. (SBN 186071)
asanderson@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
WINCO HOLDINGS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA CASTANON and JOHN DURON, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WINCO HOLDINGS, INC., an Idaho Corporation, doing business as WINCO FOODS; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01656-MCE-EFB<br><br>**STIPULATION TO CONTINUE RULE 26(F) CONFERENCE AND CORRESPONDING DEADLINES; ORDER THEREON**<br><br>Sacramento County Superior Court Case No. 34-2020-00278994<br><br>Action Filed:      May 19, 2020<br>Complaint Filed: July 17, 2019<br>FAC Filed:         September 14, 2020 |

ESMERALDA CASTANON and JOHN DURON ("Plaintiffs") and WINCO HOLDINGS, INC. ("Defendant"), by and through their respective counsel, hereby agree and stipulate as follows:

Whereas, Defendant removed this action on August 17, 2020;

1    Whereas, this Court issued an Initial Pretrial Scheduling Order on August 18, 2020 in which it ordered the Parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) within sixty days of the date of removal, or by October 16, 2020;

Whereas, Defendant represents that, on October 10, 2020, despite state of the art security architecture, Seyfarth Shaw LLP, counsel of record for Defendant, was the victim of a sophisticated and aggressive malware attack that appears to be ransomware. Seyfarth Shaw's monitoring systems detected the unauthorized activity and its IT team acted quickly to prevent its spread and protect its systems. While there has been no evidence that any client or firm data was accessed or removed, Seyfarth Shaw's systems were encrypted resulting in defense counsel's inability to access such systems at this time, including the document management systems where client files and work product are maintained, and firm e-mail (until recently). Seyfarth Shaw is working diligently to bring its systems back online as quickly and safely as possible but, at this time, do not have an estimate for full restoration.

Based on the foregoing, the Parties have agreed to stipulate to a two-week extension to conduct the Rule 26(f) conference and all corresponding deadlines to allow time for Seyfarth Shaw's systems to reach full restoration and for defense counsel to be able to access their client files and work product so that they can meaningfully engage in the Rule 26(f) conference.

**IT IS SO STIPULATED.**

DATED: October 16, 2020

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Sophia S. Kwan
    Michael Kopp
    Sophia Kwan
    Phillip J. Ebsworth
    Alfred L. Sanderson, Jr.

Attorneys for Defendant WINCO HOLDINGS, INC.

1
STIPULATION TO CONTINUE RULE 26(F) CONFERENCE AND CORRESPONDING DEADLINES; ORDER THEREON

65841581v.1

DATED: October 16, 2020         Respectfully submitted,

JAMES HAWKINS APLC

By: /s/ Christina Lucio (as authorized on 10/16/20)
    Christina Lucio

Attorney for Plaintiffs
ESMERALDA CASTANON and JOHN DURON

## **ORDER**

Based on the foregoing, and good cause showing, the Court hereby GRANTS the Parties' stipulated request to extend the last day to meet and confer as required under Rule 26(f), from October 16, 2020 to October 30, 2020, and all corresponding deadlines.

**IT IS SO ORDERED.**

Dated: October 22, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE