| | |
|---|---|
| 1 | JAMES R. HAWKINS, Bar No. 192925 |
| | James@jameshawkinsaplc.com |
| 2 | CHRISTINA M. LUCIO, Bar No. 253677 |
| | Christina@jameshawkinsaplc.com |
| 3 | **JAMES HAWKINS APLC** |
| | 9880 Research Drive, Suite 200 |
| 4 | Irvine, CA 92618 |
| | Telephone: 949.387.7200 |

Attorneys for Plaintiffs
ESMERALDA CASTANON and JOHN DURON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA CASTANON and JOHN DURON, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WINCO HOLDINGS, INC., an Idaho Corporation, doing business as WINCO FOODS; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 2:20-cv-01656-MCE-EFB<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**<br><br>Complaint Filed: May 19, 2020<br>Removal Date: August 20, 2020 |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff JOHN DURON ("Plaintiff Duron") and Defendant WINCO HOLDINGS, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

1. Plaintiff Duron voluntarily dismisses, and does dismiss, himself as a named plaintiff and putative class representative in the above-captioned action, without prejudice.

2. This voluntary dismissal shall not include any claims or causes of action by Plaintiff Esmeralda Castanon against Defendant.

3. Plaintiff Duron and Defendant agree to bear his/its own fees and costs incurred as to Plaintiff Duron only.

IT IS SO STIPULATED.

Dated: July 6, 2021          **JAMES HAWKINS APLC**

                                 By:    /s/ Christina M. Lucio
                                         Christina M. Lucio

                                         Attorneys for Plaintiff
                                         JOHN DURON

Dated: July 6, 2021          **SEYFARTH SHAW LLP**

                                 By:    /s/ Phillip Ebsworth
                                         Phillip Ebsworth

                                         Attorneys for Defendant
                                         WINCO HOLDINGS, INC.

## ORDER

Having reviewed the foregoing stipulation of the parties, and good cause appearing, the Court hereby dismisses Plaintiff Duron as a named plaintiff and putative class representative in this action against Defendant Winco Holdings, Inc., without prejudice. Plaintiff Duron and Defendant Winco Holdings, Inc. will bear his/its own attorneys' fees and costs incurred as to Plaintiff Duron only. The case remains pending as to Plaintiff Castanon's claims.

IT IS SO ORDERED.

Dated: July 15, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE