# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA CASTANON, on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>WINCO HOLDINGS, INC., an Idaho Corporation, doing business as WINCO FOODS; and DOES 1-10, inclusive<br><br>               Defendants. | Case No. 2:20-cv-01656-TLN-SCR<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed:  May 19, 2020<br>Removal Date: August 20, 2020 |

ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL

## ORDER

Pursuant to the Parties' Stipulation, IT IS ORDERED that:

1. This action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Each party shall bear its own attorneys' fees and costs, except as otherwise provided in the Settlement Agreement approved in *Castanon, et al. v. WinCo Holdings, Inc., et al.*, Case No. 34-2020-00282233.

3. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: July 10, 2026

_____
Troy L. Nunley
Chief United States District Judge

ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL